IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELL RANCH, Co.,

    Plaintiff,

v.                           No. CIV 15-1028 GBW/LAM

SHANNON O'HAIR, *doing business as*
O'HAIR CATTLE COMPANY,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Under the Local Rules of this Court, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-Civ. 41.1. In addition, Federal Rule of Civil Procedure 4(m) provides in part that "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." It does not appear that service has been effected on Defendant, and no action has been taken by Plaintiff in this case since November 12, 2015.

**IT IS THEREFORE ORDERED** that, **within thirty (30) days of the entry of this Order**, this case will be dismissed without prejudice unless Plaintiff either effects service or provides the Court with a written explanation showing good cause why service has not been made.

**IT IS SO ORDERED.**

                                                  _____
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**