IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANGELL RANCH, Co.,**

      **Plaintiff,**

v.                                      No. CIV 15-1028 GBW/LAM

**SHANNON O'HAIR,** *doing business as*
**O'HAIR CATTLE COMPANY,**

      **Defendant.**

# ORDER QUASHING ORDER TO SHOW CAUSE

      **THIS MATTER** is before the Court on Plaintiff's response to the Court's Order to Show Cause [*Doc. 3*].   Having reviewed the response and Plaintiff's request for an extension of time to effect service, the Court will quash its Order to Show Cause.   The Court will enter a separate order setting forth a deadline by which Plaintiff must effect service on Defendant.

      **IT IS THEREFORE ORDERED** that the Court's Order to Show Cause [*Doc. 3*] is hereby **QUASHED**.

      **IT IS SO ORDERED.**

*[signature: Lourdes A. Martínez]*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**